**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. | No. C 10-2596 SI (pr) |
| DAVID JOHNSON, JR., | **JUDGMENT** |
|       Petitioner. | |

This action is dismissed because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 3, 2010

SUSAN ILLSTON
United States District Judge